IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SUSAN GOSSETT, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 7:24-CV-00067 (WLS) |
| JIUDICY INC d/b/a LABOR FINDERS, | : |
| Defendant. | : |

## ORDER

Plaintiff Susan Gossett moves for an extension of time to respond to Defendant Jiudicy's Motion for Summary Judgment. (Doc. 19 at 1). Because the Clerk granted an extension of time to respond under Local Rule 6.2, Gossett's Motion for Extension of Time (Doc. 19) is **DENIED**, without prejudice, as moot.

**SO ORDERED**, this 7th day of July 2025.

                                                /s/ W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**