**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

SUSAN GOSSETT,                                    :
                                                  :
    Plaintiff,                 :
                                                  :
v.                                                :       CASE NO.:  7:24-CV-00067 (WLS)
                                                  :
JIUDICY INC d/b/a                                 :
LABOR FINDERS,                                    :
                                                  :
    Defendant.                 :
                                                  :
_____                       :

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Allow Lead Counsel to Appear Remotely at the June 30, 2026, pretrial conference ("the Motion") (Doc. 35). Plaintiff seeks leave for lead counsel to appear remotely at the pretrial conference because Plaintiff's local counsel will appear in person at the conference, Plaintiff's lead counsel lives in North Carolina, and the cost of travel would impose an unnecessary financial burden on Plaintiff. (Doc. 35 ¶¶ 2–4). The Court notes that Plaintiff timely filed the Motion ahead of the scheduled conference.

It has long been the Court's practice to require in-person attendance at hearings. Although accommodations were necessary during the COVID-19 pandemic, the Court has returned to its longstanding practice of requiring in-person attendance absent a showing of extraordinary circumstances. The Court finds Counsel's proffered reasons insufficient to show such extraordinary circumstances. Costs related to litigation are typical and not extraordinary. Counsel who practice outside of Georgia who choose to practice in this Court routinely travel to Albany to attend hearings in person, and the Court sees no reason to treat Counsel in this case differently. Accordingly, the Motion (Doc. 35) is **DENIED**.

2

However, the Court is willing to change the time and/or date of the conference to accommodate Counsel, if they timely make a written request.

**SO ORDERED**, this 22nd day of June 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2