**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| SUSAN GOSSETT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-00067 (WLS) |
| | : | |
| JIUDICY INC d/b/a LABOR FINDERS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On July 27, 2026, the Court was made aware, via communications received by the Courtroom Deputy, that the Parties have reached a resolution in the above-captioned action and intend to dismiss the case. In response, the Courtroom Deputy advised the Parties to file the appropriate dismissal documents on the Record.

A pretrial conference was held in this case on July 15, 2026, during which the Court scheduled the trial to begin on Monday, August 3, 2026. (Doc. 43). Given the proximity of the trial date and the logistics involved in conducting said trial, the Parties are **ORDERED** to file the appropriate dismissal documents by end of business today, **Wednesday, July 29, 2026**. If the Parties contend that a settlement has not been reached, and therefore intend to proceed to trial on August 3, 2026, they shall inform the Court, in writing, of such intention by end of business today, **Wednesday, July 29, 2026**.

**SO ORDERED**, this 29th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**