**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

SUSAN GOSSETT, :
:
Plaintiff, :
:
v. : CASE NO.: 7:24-CV-00067 (WLS)
:
JIUDICY INC d/b/a :
LABOR FINDERS, :
:
Defendant. :
:
:

**ORDER**

Before the Court is a Notice of Voluntary Dismissal (Doc. 51) ("Notice"), filed on July 29, 2026. Therein, Plaintiff attempts to dismiss, with prejudice, her complaint against Defendant Jiudicy, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Fed. R. Civ. P. 41(a)(1)(A) allows a plaintiff to dismiss an action without a court order either by filing a notice of dismissal before the opposing party serves an answer or by filing a stipulation of dismissal signed by all parties who have appeared. Here, Defendant Jiudicy, Inc. filed its Answer (Doc. 4) and Plaintiff does not provide signatures from all parties who have appeared. (Doc. 51).

However, the Court will construe Petitioner's notice as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a)(2). Pursuant to Rule 41(a)(2), an action may be dismissed at the plaintiff's request by court order on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2); *see also Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) ("Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant."). The Court received communication from the Parties that they have reached a resolution in this case. (Doc. 50).

Accordingly, the Court finds dismissal on these terms proper and **ACCEPTS** Plaintiff's Notice of Voluntary Dismissal. The above action is **DISMISSED,** with prejudice. Plaintiff's claims against Defendant having now been resolved, the Clerk of Court is

**DIRECTED** to close this case. The trial currently scheduled to begin **Monday, August 3, 2026**, is **CANCELLED**.

**SO ORDERED**, this 30th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**