IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SUSAN GOSSETT, *

Plaintiff, *

v. Case No. 7:24-cv-67 (WLS)
*

JIUDICY INC d/b/a LABOR FINDERS, *

Defendant. *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 31st day of July, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk